NANNETTE TUCKER, an Infant, by VENETIA TUCKER, her Guardian ad Litem, et al., Appellants, v. LLOYD EXPORT CORPORATION, Respondent.— Applying the rule that on a motion for nonsuit plaintiffs are entitled to the benefit of the most favorable inferences that may be drawn from their proof, we find that it was error to dismiss the complaint herein. Judgment unanimously reversed

and a new trial ordered, with costs to the appellants to abide the event. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.